# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| PAKUJA CRYSTAL VANG, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00355-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED HEARTLAND & CV INDUSTRIES INC., LAUREN MALICH, MELISSA MITCHELL, and SCOTT COE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2022 Order.

January 19, 2022

_____
Frank G. Johns, Clerk
United States District Court